JOHN COTRO, Respondent, *v.* NAPPI HOLDING CORPORATION, Appellant, Impleaded with Another.

(Argued October 15, 1931; decided November 17, 1931.)

*George J. Stacy, James J. Mahoney* and *Robert B. Livingston* for appellant.

*Samuel Deutsch* and *Victor Deutsch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.